UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARTIN LEE FOSTER, | No. 2:25-cv-01755 WBS CSK(PC) |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM B. SHUBB and SEAN C. RIORDAN, | |
| Defendants. | |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(5)(i), the undersigned hereby recuses himself as the judge to whom this case is assigned because he is one of the named defendants in the case.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated: August 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1