UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN LEE FOSTER,

Plaintiff,

v.

WILLIAM B. SHUBB, et al.,

Defendants.

No. 2:25-cv-01755 DAD CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 8)

Plaintiff Martin Lee Foster is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to submit an affidavit in support of his application to proceed *in forma pauperis* and a certified copy of his jail trust account statement, despite being directed to do so by the court. (Doc. No. 31.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

////

1.) To date, no objections to the findings and recommendations have been filed[1], and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 24, 2025 (Doc. No. 8) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and to abide by court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The findings and recommendations were served on plaintiff by mail at his address of record at the time issued, were returned to the court by the postal service as "not known – unable to forward", and were then re-served on plaintiff at an updated address reflected in a notice of change of address filed by plaintiff after that initial service. The re-served findings and recommendations were also returned to the court as undeliverable. Following another notice of change of address submitted by plaintiff on November 5, 2025, the findings and recommendations were re-served on plaintiff once again. As noted above, nonetheless, no objections to those findings and recommendations have been submitted by plaintiff.